FILED
ASHEVILLE, NC

JUN 0 3 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 1:25-CR-** 39-MR-WCM |
| **v.** | **BILL OF INDICTMENT** |
| **IANZEKIEL KESEAN RUSSELL**<br>**a/k/a "ianrussell23"** | **Violations:**<br>**18 U.S.C. § 2243**<br>**18 U.S.C. § 2423**<br>**18 U.S.C. § 2252** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about May 18, 2024, and on or about May 19, 2024, in Swain and Jackson Counties, within Indian Country in the Western District of North Carolina, the defendant

**IANZEKIEL KESEAN RUSSELL**
**a/k/a "ianrussell23"**

knowingly engaged in a sexual act with MV1, an Indian, who at the time of the sexual act had attained the age of twelve years but who had not attained the age of sixteen years and who was at least four years younger than the defendant.

All in violation of Title 18, United States Code, Sections 1152 and 2243(a).

## COUNT TWO

Between on or about May 18, 2024, and on or about May 19, 2024, in Swain and Jackson Counties, within the Western District of North Carolina and elsewhere, the defendant

**IANZEKIEL KESEAN RUSSELL**
**a/k/a "ianrussell23"**

knowingly traveled and attempted to travel in interstate commerce with intent to engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

Between on or about May 23, 2024, and on or about May 24, 2024, in Swain and Jackson Counties, within Indian Country in the Western District of North Carolina, the defendant

**IANZEKIEL KESEAN RUSSELL**
**a/k/a "ianrussell23"**

knowingly engaged in a sexual act with MV1, an Indian, who at the time of the sexual act had attained the age of twelve years but who had not attained the age of sixteen years and who was at least four years younger than the defendant.

All in violation of Title 18, United States Code, Sections 1152 and 2243(a).

## COUNT FOUR

Between on or about May 23, 2024, and on or about May 24, 2024, in Swain and Jackson Counties, within the Western District of North Carolina and elsewhere, the defendant

**IANZEKIEL KESEAN RUSSELL**
**a/k/a "ianrussell23"**

knowingly traveled and attempted to travel in interstate commerce with intent to engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT FIVE

Between on or about December 6, 2024, and on or about February 13, 2025, in Swain and Jackson Counties, within the Western District of North Carolina and elsewhere, the defendant

**IANZEKIEL KESEAN RUSSELL**
**a/k/a "ianrussell23"**

knowingly transported, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or periodical, film, videotape, or other matter containing such depiction, which was produced, transported, or received during the violations set forth in this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: **an iPhone 13, IMEI: 353341833026827**.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney